**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON GROSSINGER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-4700** |
| | : | |
| **GODADDY.COM, LLC,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 15th day of September, 2026, upon consideration of Plaintiff Brandon Grossinger's *pro se* First Amended Complaint (ECF No. 13), it is **ORDERED** that:

1. All federal law claims in the First Amended Complaint are **DISMISSED WITH PREJUDICE**.

2. All state law claims in the First Amended Complaint are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. The Clerk of Court is **DIRECTED** to mark this case closed.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C. J.**